[No. 34827-6-II. Division Two. July 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RAFAEL RIVERA, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-1-01484-2, Richard D. Hicks, J., entered May 16, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.

[No. 35144-7-II. Division Two. July 3, 2007.]

JOYCE M. TASKER, *Appellant*, v. THE DEPARTMENT OF HEALTH, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-2-00220-0, Gary Tabor, J., entered June 22, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Hunt, JJ.

[No. 35159-5-II. Division Two. July 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH CARL STAFFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-01509-5, Stephen M. Warning, J., entered July 26, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Hunt, J.

[No. 35266-4-II. Division Two. July 3, 2007.]

*In the Matter of the Marriage of* JANE R. DAVIS, *Appellant*, and STEVEN S. DAVIS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-3-00168-7, Frederick W. Fleming, J., entered July 21, 2006. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Hunt, JJ.